========================================================================

\* \* \* \* \* UNITED STATES DISTRICT COURT \* \* \* \* \*

___NORTHERN___   DISTRICT OF   ___NEW YORK___

# JUDGMENT IN A CIVIL CASE

DOCKET NO.   3:07cv330 (TJM/DEP)

**UNITED STATES OF AMERICA,**

        **Plaintiff(s),**

      **v.**

**$17,000.00 IN UNITED STATES CURRENCY,**

        **Defendant(s),**

___   **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_x_   **DECISION by COURT.** This action came to trial or hearing before the Court. The issues have been tried and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment be entered by the Clerk, in accordance with the Order Directing Entry of an Uncontested Judgment of Forfeiture, signed by Senior US District Judge Thomas J. McAvoy on June 11, 2007.

DATE: **June 12, 2007**

*[signature]*
Clerk of Court

By: s/WILLIAM J. GRIFFIN
DEPUTY CLERK